UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:                                                                    Chapter 11

WORLD BITCOIN ASSOCIATION LLC                        Case No. 15-10618 (REG)

                        Debtor.                                **CERTIFICATION
                                                                          OF RESOLUTION**

---------------------------------------------------------X

       I, the undersigned, Managing Member of Prometheus Equities LLC, the sole member of World Bitcoin Association LLC (the "LLC"), do hereby certify that at a meeting of the members of the LLC duly called and held on the 16th day of March, 2015 the following resolutions were adopted by the LLC, and they have not been modified or rescinded, and are still in full force and effect:

       "**RESOLVED**, that in the judgment of the members, it is desirable and in the best interest of this LLC, its Creditors, and other interested parties, that a Petition be filed by this LLC under the provisions of Chapter 11 of the Bankruptcy Code; and it was further

       "**RESOLVED**, that the form of Petition under said Chapter 11 presented to this meeting be, and the same hereby is, approved and adopted in all respects, and that Nikolaos Spanos, the Managing Member of Prometheus Equities LLC, the sole member of the LLC, is authorized to execute and verify a Petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it was further

       "**RESOLVED**, that this LLC be, and it hereby is, authorized to execute and file all Petitions, reorganization schedules, lists and other papers and to take any and all action which it may deem necessary or proper in connection with such Chapter 11 Case, and, in that connection, that the firm of Shafferman & Feldman LLP be retained

and employed as legal counsel for the LLC under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful termination of such Chapter 11 Case."

**IN WITNESS WHEREOF**, I have hereunto set my hand and seal of the LLC this 16th day of March, 2015.

    /S/ Nikolaos Spanos_____
Nikolaos Spanos, the Managing Member of
Prometheus Equities LLC, the sole member of
World Bitcoin Association LLC