**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:

                                                    Chapter 11

WORLD BITCOIN ASSOCIATION LLC,      Case No.: 15-10618 (REG)

                          Debtor.
-----------------------------------------------------------x

## CERTIFICATION OF JOEL M. SHAFFERMAN

**JOEL M. SHAFFERMAN** certifies that:

1. I am a member of the law firm of Shafferman & Feldman LLP **("S&F")** with an address at 137 Fifth Avenue, 9th Floor, New York, New York 10010, and have been duly admitted to practice in this Court.

2. Neither I nor any member or associate of S&F has any connection with above named Debtor, its creditors, or any other party in interest herein or their respective attorneys. I submit this Certification in support of the entry of an Order of this Court authorizing the retention of S&F as counsel to the Debtor.

3. I will bear primary responsibility for this case. Neither I nor S&F represent any interest adverse to the Debtor herein or his estate in the matters upon which S&F is engaged and S&F and I are disinterested persons pursuant to Section 101(14) of the title 11 of the United States Code (the õBankruptcy Codeö).

4. I have read and am generally familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York.

1

5. I am competent to represent the interests of the Debtor herein in all proceedings now pending or which may reasonably be expected to be pending in this court in the foreseeable future.

6. Neither I nor S&F represents any interest adverse to the Debtor herein or his estate in the matters upon which S&F is to be engaged. Neither I nor any other attorney employed by S&F has any connection with William K. Harrington, Esq. or any person employed by the Office of the United States Trustee.

7. S&F has received a retainer from the Debtor, in the amount of $10,000, along with the filing fee for this case.

8. I am currently the attorney at S&F who will bear the sole responsibility for S&F's representation of the Debtor in this case. My billing rate for this case will be $375.00 an hour.

Dated: New York, New York            By: /S/ Joel M. Shafferman
      March 16, 2015                                       Joel M. Shafferman