UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                        Chapter 11

WORLD BITCOIN ASSOCIATION LLC,                       Case No.: 15-10618 (REG)


                                         Debtor.
------------------------------------------------------------x

## ORDER AUTHORIZING RETENTION OF ATTORNEYS FOR DEBTOR

Upon the annexed application of World Bitcoin Association LLC, the debtor and debtor in possession ("Debtor"), for authority pursuant to §327(a) of Title 11 of the United States Code (the "Bankruptcy Code") to retain Shafferman & Feldman LLP ("S&F") as bankruptcy counsel to the Debtor, and upon the annexed certification of Joel M. Shafferman, a member of S&F and it appearing that Joel M. Shafferman is an attorney duly admitted to practice in this Court, and the Court being satisfied that S&F represents no interest adverse to the Debtor or to the estate in the matters upon which S&F is to be engaged and that its employment is necessary and in the best interests of the estate, it is

**ORDERED**, that the Debtor be, and it is hereby, authorized to retain S&F as bankruptcy counsel to represent the Debtor in the within case under chapter 11 of the Bankruptcy Code, and it is further

**ORDERED**, that compensation to S&F for services rendered to the Debtor hereafter shall be upon proper application on notice and hearing to the Court pursuant to §§330 and 331 of the Bankruptcy Code and the United States Trustee Guidelines and the Local Bankruptcy Rules for the Southern District of New York;

**ORDERED**, that S&F shall not change its billing rate in this case; and it is further

1

**ORDERED**, that S&F shall not split its fees in this case with any other professional.

Dated: New York, New York
       March    , 2015

                                                **HON.  ROBERT E. GERBER**
                                                **UNITED STATES BANKRUPTCY JUDGE**

NO OBJECTION:
OFFICE OF THE U.S. TRUSTEE

By: _____